No. 362. The New York Continental Jewell Filtration Company, Plaintiff in Error, *v.* Mary E. Wynkoop. In error to the Court of Appeals of the District of Columbia. Motion to dismiss submitted November 11, 1907. Decided November 18, 1907. *Per Curiam.* Writ of error dismissed for the want of jurisdiction. Code D. C., § 233; *Walker* v. *United States,* 4 Wall. 163; *Thompson* v. *Butler,* 95 U. S. 694; *District of Columbia* v. *Gannon,* 130 U. S. 229; *Baltimore & Potomac Railroad Company* v. *Hopkins,* 130 U. S. 210; *United States ex rel. Lisle* v. *Lynch,* 137 U. S. 280; *United States ex rel. Taylor* v. *Taft, Secretary,* 203 U. S. 461. *Mr. James H. Hayden* for plaintiff in error. *Mr. Charles A. Douglas* and *Mr. E. B. Sherrill* for defendant in error.

———

No. 47. W. J. Warder et al., Plaintiffs in Error, *v.* William C. Cotton and Walter B. Grant, Executors. In error to the Circuit Court of the United States for the Western District of Texas. Submitted November 11, 1907. Decided November 18, 1907. *Per Curiam.* Writ of error dismissed for the want of jurisdiction. *Walter* v. *Loomis,* 197 U. S. 619; *Coloin* v. *Jacksonville,* 157 U. S. 368; *Chappell* v. *United States,* 160 U. S. 499; *Spencer* v. *Duplan Silk Company,* 191 U. S. 526; *Muse* v. *Arlington Hotel Company,* 168 U. S. 430; *Budzisz* v. *Illinois Steel Company,* 170 U. S. 41; *Jones* v. *United States,* 137 U. S. 212. *Mr. A. Seymour Thurmond* for plaintiffs in error. *Mr. W. B. Grant* for defendants in error.